IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOTT BROWN,

    Plaintiff,

v.

DRAKE, et al.,

    Defendants.

ORDER

Case No. 25-cv-339-wmc

    Plaintiff Scott Brown has filed a proposed civil complaint and has requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed without prepayment, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2). A decision regarding plaintiff's indigency cannot be made at this time because the trust fund account statement that plaintiff submitted does not cover the entire six-month period immediately preceding the filing of the complaint.

    For this case to proceed, plaintiff must submit a certified trust fund account statement no later than May 23, 2025. If I find that plaintiff is indigent, I will calculate an initial partial payment of the filing fee that plaintiff must pay before the court can screen the complaint on the merits under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

    IT IS ORDERED that plaintiff Scott Brown may have until May 23, 2025 to submit a certified trust fund account statement for the period beginning approximately October 30,

2024 and ending approximately April 30, 2025.  If plaintiff fails to respond to this order by May 23, 2025, then I will assume that plaintiff wishes to withdraw this action voluntarily.  In that event, the case will be dismissed without prejudice to plaintiff refiling at a later date.

Entered this 30th day of April, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge